SCWC-13-0003525

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KEITH S. MEWS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003525; CR. NO. 11-1-1457)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Defendant-Appellant Keith S. Mews'

Application for Writ of Certiorari, filed on June 8, 2015, is

hereby rejected.

DATED: Honolulu, Hawai'i, July 21, 2015.

Keith S. Shigetomi                    /s/ Mark E. Recktenwald
for petitioner
                                      /s/ Paula A. Nakayama

                                      /s/ Sabrina S. McKenna

                                      /s/ Richard W. Pollack

                                      /s/ Michael D. Wilson

